

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-14-00059-CV

**IN THE INTEREST OF E.G.,** a Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00345
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal, Appellee's brief is due to be filed with this court on May 5, 2014. *See* TEX. R. APP. P. 38.6(b). On April 28, 2014, Appellee filed its first motion for extension of time to file the brief until May 26, 2014.

Appellee's motion for extension of time is GRANTED. *See id.* R. 38.6(d). Appellee's brief is due to be filed with this court by May 26, 2014. Absent extenuating circumstances, no further extensions will be permitted.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court